560

441 A.2d 772

Kremer v. Simon Realty, Corp., Appellant.
Petition for Allowance of Appeal Denied June 30, 1982.

Argued October 5, 1981.   Samuel Rappaport, for appellant;  Lyndon J. Parker, for appellee.

Before WICKERSHAM, McEWEN and POPOVICH, JJ.

Order affirmed.

441 A.2d 772

Taylor, Appellant v. The Woods Schools.

Argued December 1, 1980.   Alton G. Grube, for appellant;  Charles O. Marte, Jr., for appellee.

Before HESTER, CAVANAUGH and VAN der VOORT, JJ.

Order affirmed.